**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:23-cr-03086-MDH-1** |
| | ) | |
| **CARL POPEJOY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant's *pro se* motion requesting compassionate release. (Doc. 54). Defendant is serving a 78-month sentence for receipt and distribution of child pornography. Defendant moves for a reduction in sentence to time served. Defendant argues that extraordinary and compelling reasons exist due to new medical circumstances. Defendant has twice been denied compassionate release after a review of the motion on the merits. (Doc. 45, 53).

The Government opposed Defendant's last request merely 8 weeks ago arguing he had not demonstrated extraordinary and compelling reasons justifying a reduction, and the factors set forth in 18 U.S.C. § 3553(a) did not justify a reduction in sentence. The Cour denied Defendant's motion for compassionate release after review on the merits for a second time. (Doc. 53). Now, Defendant argues that new medical procedure, due to his esophageal cancer, warrants release. However, it is clear to the Court that the "new circumstances" Defendant brings in the current motion do not justify release at this time.

## CONCLUSION

For the reasons stated herein, and in the previous order denying release (Doc. 53), Defendant's Motion for Compassionate Release is hereby **DENIED**.

**IT IS SO ORDERED**.

DATED:  June 11, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**